CHRISTIAN THIELER, Appellant, *v.* MARY RAYNER et al., as Executors of THEODORE THIELER, Deceased, et al., Respondents.

*Thieler* v. *Rayner*, 115 App. Div, 626, affirmed.
(Argued December 5, 1907; decided December 20, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 24, 1906, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term in an action for the construction of a will.

*Edward G. Nelson* for appellant.

*Herbert L. Fordham, Irving Katz, Gotthardt A. Litthauer, Adam Shlivek* and *J. Mayhew Wainright* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.